# U.S. District Court
# Middle District of Florida (Ft. Myers)
# CIVIL DOCKET FOR CASE #: 2:19−cv−00365−JES−UAM

| | |
|---|---|
| Schuetz v. Monsanto Company | Date Filed: 05/31/2019 |
| Assigned to: Judge John E. Steele | Date Terminated: 06/20/2019 |
| Referred to: Magistrate Judge Unassigned Magistrate | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Jerome Bernard Schuetz**  represented by  **Elizabeth P. Kagan**
Kagan Law Firm, PL
Suite 303
8191 College Pkwy
Ft Myers, FL 33919
239/466−1161
Fax: 239/466−7226
Email: Liz@kagan−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Moore**
Grossman & Moore
Suite 1810
401 W Main St
Louisville, KY 40202
502/657−7100
Fax: 502/657−7111
Email: jmoore@gminjurylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew T. Kagan**
Kagan Law Firm, PL
Suite 303
8191 College Pkwy
Ft Myers, FL 33919
904/296−2887
Email: Andrew@kaganlegalgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2019 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against All Defendants with Jury Demand (Filing fee $ 400 receipt number 113A–15527579) filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Kagan, Andrew) (Entered: 05/31/2019) |
| 05/31/2019 | Ï 2 | NEW CASE ASSIGNED to Judge John E. Steele and Magistrate Judge Unassigned Magistrate. New case number: 2:19–cv–365–FtM–29UAM. (SJB) (Entered: 05/31/2019) |
| 06/03/2019 | Ï 3 | SUMMONS issued as to Monsanto Company. (MLS) (Entered: 06/03/2019) |
| 06/03/2019 | Ï 4 | **STANDING ORDER: Filing of documents that exceed twenty–five pages. Signed by All Divisional Judges on 6/3/2019. (MLS)** (Entered: 06/03/2019) |
| 06/03/2019 | Ï 5 | POSSIBLE MDL Tag Along case for MDL Case Number Information emailed to MDL Panel on 6/3/19, including cover letter, copy of complaint, and docket sheet. (Attachments: # 1 Docket Sheet, # 2 Complaint) (MLS) (Entered: 06/03/2019) |
| 06/04/2019 | Ï 6 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2. Notice of pendency of other actions due by 6/18/2019. Signed by Judge John E. Steele on 6/4/2019. (jmc)** (Entered: 06/04/2019) |
| 06/04/2019 | Ï 7 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 6/18/2019. Signed by All Divisional Judges on 6/4/2019. (jmc)** (Entered: 06/04/2019) |
| 06/20/2019 | Ï 8 | MULTIDISTRICT LITIGATION panel order transferring case to: Northern District of California Transferee court case number: 2:19–cv–365–FtM–29UAM MDL case number: 2741 (MLS) (Entered: 06/20/2019) |